| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | PRIORITY SEND |
|---|---|
| **CIVIL MINUTES -- GENERAL** | JS-6 |

Case No.   **CV 07-7660-JFW (MANx)**                                                      Date:  May 6, 2008

Title:   United States of America -v- Fourteen Firearms and Assorted Rounds of Ammunition

**PRESENT:**

      HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
           None                                                                                                  None

**PROCEEDINGS (IN CHAMBERS):**     ORDER DISMISSING ACTION WITHOUT PREJUDICE

      As a result of the parties' failure to file the Joint Rule 26(f) Report and the Notice of Settlement Conference Procedure Selection Form/ADR Pilot Program Questionnaire as required by the Court's Order of March 27, 2008, this action is hereby **DISMISSED without prejudice**.  The Scheduling Conference, currently on calendar for May 12, 2008, is **VACATED**.

      IT IS SO ORDERED.

      The Clerk shall serve a copy of this Minute Order on all parties to this action.